**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 456 MAL 2018

                Respondent

                                      :   Petition for Allowance of Appeal from
                                        :   the Order of the Superior Court

             v.

VINCENT TYRONE MASON, JR.,       :

                Petitioner      :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 3rd day of January, 2019, the Petition for Allowance of Appeal is **DENIED**.